AO 91 (Rev. 08/09) Criminal Complaint

**FILED**

# UNITED STATES DISTRICT COURT
for the

AUG 2 5 2010

CLERK, U.S. DISTRICT COURT
WESTERN D... TEXAS
BY_____
DEPUTY CLERK

|  |  |
|---|---|
| United States of America<br>v.<br>Marino CASTRO<br><br>_Defendant(s)_ | )<br>)<br>)  Case No. DR10-6541m-01<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 23, 2010__ in the county of __Bexar__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C, 371 to commit<br>U.S.C. Section(s) 922(a)(6) | Conspiracy to provide false statements to a Federal Firearms Licensed dealer |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Ronaldo J. Saenz/Special Agent, ICE
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __08/25/2010__

_____
_Judge's signature_

City and state: __Del Rio, Texas__

U. S. Magistrate Judge
_Printed name and title_

**Victor Roberto Garcia
U.S. Magistrate Judge**

DR10-658lm-01

**United States vs. Marino CASTRO**

AFFIDAVIT

Your affiant, being duly sworn does depose and say:

That I am currently employed as a Special Agent with Immigration and Customs Enforcement and have been so employed for three years and I set forth the following information as probable cause to believe Marino CASTRO is in violation of 18 U.S.C. Sections 371 and 922(a)(6). This affidavit reflects the results of your affiant's investigation.

That on June 23, 2010, CASTRO asked a cooperating person (CP) to purchase firearms. The CP stated CASTRO would pay he/she $200 for every gun purchased. After CP agreed, CASTRO instructed he/she to buy AK-47 rifles. CP stated CASTRO would call an individual named "Ron" to set up the firearm purchase.

That on the following day, the individual named "Ron" picked up CP with another associate and drove them to a Federal Firearms Licensee (FFL) and CP purchased three AK-47 rifles for CASTRO. CP admitted to filling out the ATF background form at the premises of the FFL in order to obtain the rifles. CP stated he/she was aware that it was illegal to purchase a firearm for another individual.

That "Ron" drove he/she and the associate back to CASTRO and CP provided the change to CASTRO and in return CASTRO paid CP $400 for purchasing the firearms.

That ATF Special Agent Espinosa obtained the ATF F 4473 completed by CP from the FFL.

That on November 20, 2009, CASTRO was convicted for Illegal Transportation of Aliens for Commercial Advantage or Private financial gain and received nine months to be confined with the Bureau of Prisons and 36 months to supervised release.

Ronaldo J. Saenz

Special Agent Immigration

and Customs Enforcement