REDACTED COPY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
2010 SP 15 PM 12: 11
WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
BY: _____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | Cause No.: |
| | § | **INDICTMENT** |
| v. | § § | [Vio: COUNT ONE: 18 U.S.C. §§ 554(a) & 2, Aiding and Abetting Smuggling Goods from the United States; COUNT TWO: 18 U.S.C. §§ 922(a)(6) & 2, Aiding and Abetting False Statement in Acquisition of Firearm; COUNTS THREE-FIVE: 18 U.S.C. §922(g)(1) & §924(a)(2), Felon in Possession of a Firearm.] |
| MARINO CASTRO JR. EDWARD LEVAR DAVIS ANTONIA NARANJO LOPEZ JAKE LEE CARDENAS RICKY CASTILLO | § § § § § | |

THE GRAND JURY CHARGES:                    **DR10CR1388**

## COUNT ONE
[18 U.S.C. §§ 554(a) & 2]

On or about June 13, 2010, in the Western District of Texas, the Defendants,

MARINO CASTRO JR.
EDWARD LEVAR DAVIS
ANTONIA NARANJO LOPEZ

and others, aiding and abetting one another, did knowingly and unlawfully export or attempt to export, from the United States, any merchandise, article, or object, including but not limited to twenty-two Romarm/Cugir 7.62 caliber assault rifles and one .50 Caliber Barrett Sniper Rifle, which are defense articles as defined under Category I of the United States Munitions List, contrary to any law or regulation of the United States, in that the Defendants had not obtained a license or written authorization for such export, in violation of Title 22, United States Code, Sections 2778(b)(2) & 2778(c) and Title 22, Code of Federal Regulations, Parts 121, 123, & 127, all in violation of Title 18, United States Code, Sections 554(a) and 2.

## COUNT TWO
[18 U.S.C. §§ 922(a)(6) & 2]

On or about August 20, 2010, in the Western District of Texas, the Defendant,

JAKE LEE CARDENAS

did knowingly and unlawfully aid and abet the making of any false or fictitious oral or written statement in connection with the acquisition or attempted acquisition of any firearm from Nagel's Gunshop, a federally licensed firearms dealer, and such false statement was intended or likely to deceive such dealer with respect to any fact material to the lawfulness of the sale of the firearm, in violation of Title 18, United States Code, Sections 922(a)(6) and 2.

## COUNT THREE
[18 U.S.C. §922(g)(1) & §924(a)(2)]

That on or about August 24, 2010, in the Western District of Texas, Defendant,

MARINO CASTRO JR.,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit; the Defendant was convicted in the United States District Court for the Western District of Texas of Illegal Transportation of Aliens for Commercial Advantage or Private Financial Gain, in Cause No. DR09-CR-355, did knowingly possess in and affecting commerce a firearm, a Romarm/Cugir, model GP WASR-10/63, 7.62x39mm rifle, serial number obliterated (manufactured in Romania), in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT FOUR
[18 U.S.C. §922(g)(1) & §924(a)(2)]

That on or about July 23, 2010, in the Western District of Texas, Defendant,

EDWARD LEVAR DAVIS,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit; the Defendant was convicted in the United States District Court for the Western District of Texas of Conspiracy to Illegally Transport Aliens, in Cause No. DR09-CR-902, did knowingly possess in

and affecting commerce a firearm, a Romarm/Cugir, model GP WASR-10/63, 7.62x39mm rifle, serial number obliterated (manufactured in Romania), in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT FIVE
[18 U.S.C. §922(g)(1) & §924(a)(2)]

That on or about August 12, 2010, in the Western District of Texas, Defendant,

RICKY CASTILLO,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit; the Defendant was convicted in the 227th District Court of Bexar County, Texas, of Possession of a Controlled Substance, in Cause No. 2006-CR-2257, did knowingly possess in and affecting commerce a firearm, a Romarm/Cugir, model GP WASR-10/63, 7.62x39mm rifle, serial number obliterated (manufactured in Romania), in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL

JOHN E. MURPHY
United States Attorney

By: _____
BENJAMIN D. SEAL
Assistant United States Attorney

SEALED:
UNSEALED: XX

DR10-CR1-988

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

COUNTY: Maverick                USAO#:

DATE: September 15, 2010        MAG. CT. #: DR10-6581m

AUSA: BENJAMIN D. SEAL

DEFENDANT: MARINO CASTRO JR.

CITIZENSHIP: United States

INTERPRETER NEEDED: No    Language: English

DEFENSE ATTORNEY: Michael Bagley

ADDRESS OF ATTORNEY: 108 E. Main, Del Rio, TX 78840

DEFENDANT IS: DETAINED    DATE OF ARREST: August 24, 2010

BENCH WARRANT NEEDED: NO

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): COUNT 1: 18 U.S.C. § 554, 2 - Aiding and Abetting Smuggling Goods from the United States; COUNT 3: 18 U.S.C. §922(g)(1) & §924(a)(2), Felon in Possession of Firearm.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: On all counts: 10 years imprisonment; a $250,000 fine; 3 years of supervised release; and a $100 special assessment.

PENALTY IS MANDATORY: YES & NO

REMARKS: See above  W/DT-CR-3  W/DT-CR-3

SEALED:

UNSEALED: XX

# DR10CR1388

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

COUNTY: Maverick         USAO#:

DATE: September 15, 2010         MAG. CT. #: DR10-6582m

AUSA: BENJAMIN D. SEAL

DEFENDANT: Edward Levar Davis

CITIZENSHIP: United States

INTERPRETER NEEDED: No     Language: English

DEFENSE ATTORNEY: Marina Douenat

ADDRESS OF ATTORNEY: 2201 N. Bedell, Ste. A, Del Rio, TX 78840

DEFENDANT IS: DETAINED     DATE OF ARREST: August 24, 2010

BENCH WARRANT NEEDED: NO

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): COUNT 1: 18 U.S.C. § 554, 2 - Aiding and Abetting Smuggling Goods from the United States; COUNT 4: 18 U.S.C. §922(g)(1) & §924(a)(2), Felon in Possession of Firearm.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: On all counts: 10 years imprisonment; a $250,000 fine; 3 years of supervised release; and a $100 special assessment.

PENALTY IS MANDATORY: YES & NO

REMARKS: See above W/DT-CR-3

SEALED: XX

SEALED:

UNSEALED: XX

DR10CR1388

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

COUNTY: Maverick     USAO#:

DATE: September 15, 2010     MAG. CT. #:

AUSA: BENJAMIN D. SEAL

DEFENDANT: ANTONIA NARANJO LOPEZ

CITIZENSHIP: United States

INTERPRETER NEEDED: No     Language: English

DEFENSE ATTORNEY:

ADDRESS OF ATTORNEY:

DEFENDANT IS:     DATE OF ARREST:

BENCH WARRANT NEEDED:

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): COUNT 1: 18 U.S.C. § 554, 2 - Aiding and Abetting Smuggling Goods from the United States;

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: On all counts: 10 years imprisonment; a $250,000 fine; 3 years of supervised release; and a $100 special assessment.

PENALTY IS MANDATORY: YES & NO

REMARKS: See above  W/DT-CR-3

SEALED:

UNSEALED: XX

# DR10CR1388

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

COUNTY: Maverick      USAO#:

DATE: September 15, 2010      MAG. CT. #:

AUSA: BENJAMIN D. SEAL

DEFENDANT: JAKE LEE CARDENAS

CITIZENSHIP: United States

INTERPRETER NEEDED: No      Language: English

DEFENSE ATTORNEY:

ADDRESS OF ATTORNEY:

DEFENDANT IS: _____      DATE OF ARREST:

BENCH WARRANT NEEDED: ___

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): COUNT 2: 18 U.S.C. §§ 922(a)(6) & 2, Aiding and Abetting False Statement in Acquisition of Firearm.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: On all counts: 10 years imprisonment; a $250,000 fine; 3 years of supervised release; and a $100 special assessment.

PENALTY IS MANDATORY: YES & NO

REMARKS: See above  W/DT-CR-3

SEALED:

UNSEALED: XX

# DR10CR1388

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: Maverick   USAO#:

DATE: September 15, 2010   MAG. CT. #:

AUSA: BENJAMIN D. SEAL

DEFENDANT: RICKY CASTILLO

CITIZENSHIP: United States

INTERPRETER NEEDED: No   Language: English

DEFENSE ATTORNEY:

ADDRESS OF ATTORNEY:

DEFENDANT IS: ___   DATE OF ARREST:

BENCH WARRANT NEEDED:

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): COUNT 5: 18 U.S.C. §922(g)(1) & §924(a)(2), Felon in Possession of Firearm.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: On all counts: 10 years imprisonment; a $250,000 fine; 3 years of supervised release; and a $100 special assessment.

PENALTY IS MANDATORY: YES & NO

REMARKS: See above W/DT-CR-3